# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:22 pm, 5/31/22

**U.S. Magistrate Judge**

UNITED STATES OF AMERICA

Plaintiff

☑ Violation Notice ☐ Information ☐ Complaint

vs

JORDAN M ALDRICH

Defendant

Case Number  L:22-PO-00249-1

Violation Charged  Feeding, touching, teasing, frightening or intentional disturbing of wildlife

Citation Number  (E1479951)

Date Violation Notice Issued   05/17/2022

Place     Yellowstone National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:12-9:32

Interpreter

Date  May 31, 2022

Interpreter Telephone

Before the Honorable Stephanie A. Hambrick

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Michael Elmore | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared    ☐ By telephone

     ☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

     ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☑ Attorney waived

☑ Court orders case continued to    Jun 28, 2022    at  1:30pm

     reason:    Status conference

☐ Bail is set at

     ☐ P/R-No Amount   ☐ Unsecured  ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:22-PO-00249-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**

☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made   ☐ orally      ☐ in writing

---

☑ Informed of charges and rights          Date  May 31, 2022

☑ Defendant arraigned                     Date  May 31, 2022

☐ Court accepts plea          Defendant enters  ☐ Guilty          ☑ Not Guilty Plea

☐ Trial      Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*

☐ PSI ordered

☐ Sentence          Date

☐ Imposition of jail sentence suspended

☐ Committed to custody for a period of

☐ Probation for a period of
    ☐ With Supervision          ☐ Without Supervision

☐ Special Conditions of Probation

☐ Fine                    Payable

☐ Restitution             To

☐ Community Service       To

☐ Special Assessment

☐ Processing fee: $   30.00

☐ Defendant advised of right to appeal

☐ Other